JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MORRIS F. GRIFFIN,

             Plaintiff,

       v.

CHARLES D. ADAMS, et al.,

             Defendants.

Case No. CV 15-08618 CAS (RAO)

**JUDGMENT**

In accordance with the Memorandum and Order Re Summary Dismissal of Civil Rights Complaint issued on November 25, 2015,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATE: December 4, 2015

_____

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE